UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**EDINEZ GONCALES NUNES**,

      Petitioner,

      v.

CIVIL ACTION NO.
26-10357-BEM

**PAMELA BONDI,** *Attorney General of the United States,*
**KRISTI NOEM**, *Secretary of the U.S Department of Homeland Security*,
**PATRICIA HYDE**, *Field Office Director,*
*and* **TODD LYONS,** *Acting Director of U.S. Immigration and Customs Enforcement,*

      Respondents.

## FINAL JUDGMENT

MURPHY, D.J.

In accordance with this Court's Order (ECF #22) issued on March 13, 2026, granting the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Petitioner against the Respondents.

      BY THE COURT,

      */s/ Marlene Martins*

DATED: March 13, 2026

      Deputy Clerk